In the Matter of LOURDES G., Respondent, v JULIO P., Appellant.

Submitted March 2, 2015; decided May 5, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 1051 (2014)].

Judges STEIN and FAHEY taking no part.

In the Matter of NEW YORK CITY ASBESTOS LITIGATION.

DORIS KAY DUMMITT, Individually and as Executrix of RONALD DUMMITT, Deceased, Respondent, v A.W. CHESTERTON et al., Defendants, and CRANE CO., Appellant.

Submitted April 20, 2015; decided May 5, 2015

Motion by The Retired Enlisted Association et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Submitted April 27, 2015; decided May 5, 2015

Motion by Harry Nespoli, as Chair and on behalf of the New York City Municipal Labor Committee, for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.